THE STATE OF OHIO, APPELLEE, *v.* TIMMONS, APPELLANT.

[Cite as *State v. Timmons* (1994), 70 Ohio St.3d 647.]

(No. 94–1321—Submitted August 17, 1994—Decided November 9, 1994.)

*P. Randall Knece,* Pickaway County Prosecuting Attorney, for appellee.

*Wayne A. Timmons, pro se.*

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated by the court of appeals.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.